IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANIL GOYAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05 C 5069 |
| v. | ) | |
| | ) | Judge Rebecca R. Pallmeyer |
| GAS TECHNOLOGY INSTITUTE, | ) | |
| | ) | Magistrate Judge Arlander Keys |
| Defendant. | ) | |

**MOTION FOR LEAVE TO WITHDRAW AS ATTORNEYS OF RECORD**

Christopher N. Mammel and Victor Jacobellis of the law firm Childress Duffy Goldblatt Ltd. hereby request that this Honorable Court allow them to withdraw as attorneys of record for Plaintiff Anil Goyal.

1. Christopher N. Mammel and Victor Jacobellis of Childress Duffy Goldblatt, Ltd. are the attorneys of record for the Plaintiff Anil Goyal. Due to irreconcilable differences in connection with Plaintiff's representation, said attorneys can no longer effectively or appropriately represent Plaintiff in this matter consistent with applicable rules of professional conduct. Thus, undersigned counsel request that the Court enter an order granting leave to withdraw as the attorneys of record for Plaintiff in this case.

2. Counsel has advised Plaintiff of the filing of this Motion, the hearing date of the Pretrial conference, January 7, 2009, and the trial date of January 12, 2009.

3. As of the date of filing this Motion, Plaintiff has not advised counsel of who, if anyone, will represent him in this matter. Accordingly, all correspondence, notices, and communications should be directed to the Plaintiff Anil Goyal at 338 Waterford Dr., Willowbrook, IL 60527

WHEREFORE, Christopher N. Mammel and Victor Jacobellis of the law firm Childress Duffy Goldblatt Ltd., hereby request that this Honorable Court enter an Order granting leave to withdraw from representation of Plaintiff herein, together with such other and further relief appropriate to avoid prejudice to the interests of Plaintiff.

Respectfully submitted,

**s/Christopher N. Mammel**

______________________________

Christopher N. Mammel (6231492)
Victor Jacobellis (6269992)
Childress Duffy Goldblatt, Ltd.
515 N. State Street, Ste. 2200
Chicago, IL 60654